United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Jorge Feijoo, *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-21-2444 |
| Costco Wholesale Corporation, *Defendant*. | § § § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, Plaintiff Jorge Feijoo takes nothing from Defendant. This is a FINAL JUDGMENT.

Signed at Houston, Texas, on August 24, 2023.

_____
Peter Bray
United States Magistrate Judge