United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jorge Feijoo,<br>　　　Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action H-21-2444<br>§ |
| Costco Wholesale Corporation,<br>　　　Defendant. | §<br>§<br>§ |

## ORDER

The Clerk of the Court is ordered to reimburse The Phenix Café for the food provided to the jury on August 22 – 24, 2023.

Signed at Houston, Texas, on August 25, 2023

_____
Peter Bray
United States Magistrate Judge